THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL B. KUKNYO, a/k/a ROBERT C. HOLMAN, Defendant-Appellant.

(No. 59438;

First District (2nd Division)—August 6, 1974.

PER CURIAM.

No appearance for appellant.

No appearance for the People.